## 373

**No. 44614.**—Protest 20360–K of Behring-Stahl Coffee Co. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44615.**—Protests 22781–K (B), etc., of Dodge, Olcott Co. et al. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44616.**—Protest 24738–K of R. T. French Co. (Philadelphia).

Opinion by Evans, J.   It was stipulated that the merchandise consists of dried ginger root unground the same as that passed on in *Wilson* v. *United* States (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44617.**—Protest 26772–K of Dodge & Olcott Co. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44618.**—Protests 27345–K, etc., of Stickney & Poor Spice Co. et al. (Boston).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44619.**—Protest 35387–K of S. B. Penick & Co., Inc. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44620.**—Protests 40633–K, etc., of S. & L. Slade Co. (Boston).

Opinion by Evans, J.   It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P A.—, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.